**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TIM KUKER,

    Plaintiff,                           **CASE NO. 6:11-cv-00034-PCF-DAB**

    v.

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, TIM KUKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                         RESPECTFULLY SUBMITTED,

                                         By: /s/ James Pacitti
                                                James Pacitti (FBN: 119768)
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd, Suite 401
                                                Los Angeles, CA 90025
                                                Phone: (323) 988-2400 x 230
                                                Fax: (866) 385-1408
                                                jpacitti@consumerlawcenter.com
                                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Andrew Shafer, Attorney for Defendant, by email at AndrewShafer@sksp.com.

                                                         /s/ James Pacitti
                                                         James Pacitti
                                                          Attorney for Plaintiff