UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM KUKER,

     Plaintiff,

vs.                                         CASE NO. 6:11-CV-34-ORL-19DAB

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

     Defendant.

## ORDER

This case was considered by the Court on Notice of Settlement (Doc. No. 9, filed March 4, 2011). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this   8th   day of March, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record