UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM KUKER,

    Plaintiff,                                 **CASE NO. 6:11-cv-00034-PCF-DAB**

    v.

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

  Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

TIM KUKER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, RECEIVABLES PERFORMANCE MANAGEMENT, LLC (Defendant), in this case.

                                                 RESPECTFULLY SUBMITTED,

                                       By: /s/ James Pacitti
                                            James Pacitti (FBN: 119768)
                                            Krohn & Moss, Ltd
                                            10474 Santa Monica Blvd, Suite 401
                                            Los Angeles, CA 90025
                                            Phone: (323) 988-2400 x 230
                                            Fax: (866) 385-1408
                                            jpacitti@consumerlawcenter.com
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Andrew Shafer, Attorney for Defendant, by email at AndrewShafer@sksp.com.

                                                                     /s/ James Pacitti
                                                                      James Pacitti
                                                                      Attorney for Plaintiff